HOLLAND & KNIGHT LLP
Charles L. Coleman, III (SBN 65496)
Devin C. Courteau (SBN 197505)
Zachary R. Potter (SBN 232240)
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

*Pro Bono* Attorneys for Plaintiffs
CATHY BURGESS, ELUM
BURGESS and SHELA BURGESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY BURGESS; ELUM BURGESS; and SHELA BURGESS, by and through her guardian ad litem, CATHY BURGESS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; DONNA PAYNE; NAVDEEP BARN; OPHELIA BASGAL,<br><br>Defendants. | Case No. C 01 4098 MJJ<br><br>**STIPULATION TO REMOVAL OF OCTOBER 18, 2005 SETTLEMENT CONFERENCE FROM CALENDAR;**<br><br>~~[PROPOSED]~~ **ORDER** |

PLAINTIFFS CATHY BURGESS, ELUM BURGESS, and SHELA BURGESS, by and

through her guardian ad litem, CATHY BURGESS, and DEFENDANT HOUSING AUTHORITY

OF THE COUNTY OF ALAMEDA, by and through the respective undersigned counsel, hereby

///

///

///

Stipulation to Removal of October 18, 2005
Settlement Conference from Calendar and

-1-

Case No. C 01 4098 MJJ

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

jointly stipulate to the removal from the court calendar of the October 18, 2005 settlement

conference before Magistrate Judge James.

Dated: October 17, 2005

Respectfully submitted,
HOLLAND & KNIGHT LLP

By: _____
Charles L. Coleman
Devin C. Courteau
Zachary R. Potter

*Pro Bono* Attorneys for Plaintiffs
CATHY BURGESS; ELUM BURGESS; and SHELA
BURGESS, by and through her guardian ad litem,
CATHY BURGESS

Dated: October 17, 2005

ANN MILLER RAVEL
County Counsel

By: _____
ARYN PAIGE HARRIS
Deputy County Counsel

Attorney for Defendant
THE HOUSING AUTHORITY OF ALAMEDA
COUNTY

**IT IS SO ORDERED.**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

10/21/2005

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-2-

Stipulation to Removal of October 18, 2005
Settlement Conference from Calendar and

Case No. C 01 4098 MJJ