HOLLAND & KNIGHT LLP
Charles L. Coleman, III (SBN 65496)
Devin C. Courteau (SBN 197505)
Zachary R. Potter (SBN 232240)
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

*Pro Bono* Attorneys for Plaintiffs
CATHY BURGESS, ELUM
BURGESS and SHELA BURGESS

FILED
NOV 23 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY BURGESS; ELUM BURGESS; and SHELA BURGESS, by and through her guardian ad litem, CATHY BURGESS, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; DONNA PAYNE; NAVDEEP BARN; OPHELIA BASGAL, <br><br> Defendants. | Case No. C 01 4098 MJJ <br><br> **STIPULATION TO CONSOLIDATE RELATED ACTIONS;** <br><br> [~~PROPOSED~~] **ORDER** |

WHEREAS, this action was originally filed on November 1, 2001, when Elum Burgess was a minor child of plaintiff Cathy Burgess (the "Burgess Action"); and

WHEREAS, on July 18, 2005, after he had attained the age of eighteen (18) years, Elum Burgess filed an action in the United States District Court for the Northern District of California against Alameda County; The Housing Authority of the County of Alameda, Donna Payne, Navdeep Barn and Ophelia Basgal, Case No. C 05 2919 MJJ (the "Elum Burgess Action"); and

-1-

1  WHEREAS, on August 30, 2005, the Court issued a Related Case Order pertaining to the Burgess Action and the Elum Burgess action; and

WHEREAS, on November 3, 2005, the Court issued an Order granting plaintiffs' motion to file a Second Amended Complaint in the Burgess Action; and

WHEREAS, on November 14, 2005, in the Burgess Action the plaintiffs filed a Second Amended Complaint, naming Elum Burgess as a plaintiff and naming Alameda County; The Housing Authority of the County of Alameda, Donna Payne, Navdeep Barn and Ophelia Basgal as defendants; and

WHEREAS, the parties are in dispute as to whether Elum Burgess was a party to the Burgess Action any time prior to November 14, 2005, and cannot resolve this dispute short of motion practice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:**

1. The Burgess Action and the Elum Burgess Action be consolidated for all purposes including trial; and

2. The Second Pretrial Order, issued in the Burgess Action on August 16, 2005, shall govern the Elum Burgess Action in all regards.

Dated: November 16, 2005        Respectfully submitted,

HOLLAND & KNIGHT LLP


By: _____
Charles L. Coleman, III
Devin C. Courteau
Zachary R. Potter

*Pro Bono* Attorneys for Plaintiffs
CATHY BURGESS; ELUM BURGESS; and SHELA BURGESS, by and through her guardian ad litem, CATHY BURGESS

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

Dated: November 16, 2005

ANN MILLER RAVEL
County Counsel

By: *Melissa Kiniyalocts*
MELISSA KINIYALOCTS
Deputy County Counsel

Attorney for Defendants
ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, DONNA PAYNE, NAVDEEP BARN and OPHELIA BASGAL

**IT IS HEREBY ORDERED THAT:**

1. The Burgess Action (Case No. C 01 4098 MJJ) and the Elum Burgess Action (Case No. C 05 2919 MJJ) are consolidated for all purposes including trial; and

2. The Second Pretrial Order, issued in the Burgess Action (Case No. C 01 4098 MJJ) on August 16, 2005, shall govern the Elum Burgess Action (Case No. C 05 2919 MJJ) in all regards.

Dated: 11/23/05

*Martin J. Jenkins*
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910