E-filing

FILED
JAN 17 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  HOLLAND & KNIGHT LLP
   Charles L. Coleman, III (SBN 65496)
2  Devin C. Courteau (SBN 197505)
   Zachary R. Potter (SBN 232240)
3  50 California Street, 28th Floor
   San Francisco, California 94111
4  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
5
   *Pro Bono* Attorneys for Plaintiffs
6  CATHY BURGESS, ELUM
   BURGESS and SHELA BURGESS
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY BURGESS; ELUM BURGESS; and SHELA BURGESS, by and through her guardian, CATHY BURGESS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; DONNA PAYNE; NAVDEEP BARN; OPHELIA BASGAL,<br><br>Defendants. | Case No. C 01 4098 MJJ<br><br>**STIPULATION TO CONSOLIDATE HEARINGS ON MOTIONS TO DISMISS;**<br><br>[~~PROPOSED~~] ORDER |

WHEREAS DEFENDANTS COUNTY OF ALAMEDA and HOUSING AUTHORITY OF ALAMEDA COUNTY noticed a MOTION TO DISMISS SECOND AMENDED COMPLAINT for January 24, 2006;

WHEREAS DEFENDANTS OPHELIA BASGAL, NAVDEEP BARN, and DONNA PAYNE noticed a MOTION TO DISMISS SECOND AMENDED COMPLAINT for February 14, 2006 raising virtually identical issues as those raised by the Motion to Dismiss filed by

1  DEFENDANTS COUNTY OF ALAMEDA and HOUSING AUTHORITY OF ALAMEDA
2  COUNTY; and,
3      WHEREAS counsel for the PLAINTIFFS and DEFENDANTS agree that it would save
4  valuable judicial and attorney resources to consolidate the hearings on the above two MOTIONS
5  TO DISMISS SECOND AMENDED COMPLAINT for February 14, 2006;
6      **NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE**
7  **UNDERSIGNED PARTIES THAT,**
8      The hearing for MOTION TO DISMISS SECOND AMENDED COMPLAINT by
9  DEFENDANTS COUNTY OF ALAMEDA and HOUSING AUTHORITY OF ALAMEDA
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-2-
Stipulation to Consolidate Hearings on Motions to Dismiss;    Case No. C 01 4098 MJJ
[Proposed] Order

1 COUNTY, previously set for January 24, 2006, and the hearing for the MOTION TO DISMISS
2 SECOND AMENDED COMPLAINT by DEFENDANTS OPHELIA BASGAL, NAVDEEP
3 BARN, and DONNA PAYNE, set for February 14, 2006, shall be consolidated and heard on
4 February 14, 2006.

6 Dated: January 11, 2006                                    Respectfully submitted,

                                                             HOLLAND & KNIGHT LLP

                                                             By: _____
                                                             Charles L. Coleman, III
                                                             Devin C. Courteau
                                                             Zachary R. Potter

                                                             *Pro Bono* Attorneys for Plaintiffs
                                                             CATHY BURGESS; ELUM BURGESS; and SHELA
                                                             BURGESS, by and through her guardian ad litem,
                                                             CATHY BURGESS

16 Dated: January 11, 2006                                   ANN MILLER RAVEL
                                                             County Counsel

                                                             By: _____
                                                             MELISSA KINIYALOCTS
                                                             Deputy County Counsel

                                                             Attorney for Defendants
                                                             ALAMEDA COUNTY; THE HOUSING
                                                             AUTHORITY OF THE COUNTY OF ALAMEDA,
                                                             DONNA PAYNE, NAVDEEP BARN and OPHELIA
                                                             BASGAL

25 IT IS SO ORDERED.

26 Dated: 1/17/2006                                          _____
                                                             HONORABLE MARTIN J. JENKINS
                                                             UNITED STATES DISTRICT COURT JUDGE

---

-3-
Stipulation to Consolidate Hearings on Motions to Dismiss;                Case No. C 01 4098 MJJ
[Proposed] Order

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910