HOLLAND & KNIGHT LLP
Charles L. Coleman, III (SBN 65496)
Devin C. Courteau (SBN 197505)
Zachary R. Potter (SBN 232240)
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

E-filing

FILED
JAN 1 7 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Pro Bono* Attorneys for Plaintiffs
CATHY BURGESS, ELUM
BURGESS and SHELA BURGESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY BURGESS; ELUM BURGESS; and SHELA BURGESS, by and through her guardian, CATHY BURGESS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; DONNA PAYNE; NAVDEEP BARN; OPHELIA BASGAL,<br><br>Defendants. | Case No. C 01 4098 MJJ<br><br>**STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUTOFF AND MODIFY DISCOVERY LIMITS;**<br><br>**[PROPOSED] ORDER** |

WHEREAS PLAINTIFFS' counsel, pursuant to Local Rule 30-1, conferred with DEFENDANTS' counsel prior to noticing the depositions of DEFENDANTS and witnesses affiliated with the DEFENDANTS;

WHEREAS DEFENDANTS' counsel informed PLAINTIFFS' counsel that developments in litigation between the City of San Jose and the County of Santa Clara prohibit her from being available during the month of January to attend depositions;

-1-
Stipulation to Continue Non-Expert Discovery Cutoff and Modify Discovery Limits;   Case No. C 01 4098 MJJ
Proposed Order

1   WHEREAS DEFENDANTS' counsel informed PLAINTIFFS' counsel that she is available
2   for depositions in early and mid-February;
3   WHEREAS, PLAINTIFFS' counsel is available to take depositions in early and mid-
4   February and have no objections to doing so;
5   WHEREAS, the non-expert discovery cutoff is currently scheduled for February 10, 2006;
6   WHEREAS, extending the discovery cutoff by one month to allow for depositions and
7   related discovery will not effect any other dates or deadlines previously set by the court;
8   WHEREAS, PLAINTIFFS' counsel has determined that as many as 10 depositions may be
9   necessary;
10  WHEREAS, the 2nd Pretrial Order, dated August 16, 2005, sets a discovery limit of 7
11  depositions per side;
12  WHEREAS, DEFENDANTS have no objection to raising the discovery limit to allow 10
13  depositions per side;
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

Case 3:01-cv-04098   Document 149   Filed 01/12/2006   Page 3 of 3

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT,**

The Second Pretrial Order, issued on August 16, 2005, shall be amended and the non-expert discovery cutoff will be continued to March 10, 2006 and the number of depositions allowed per side will be raised from 7 to 10.

Dated: January 12, 2006

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Charles L. Coleman, III
Devin C. Courteau
Zachary R. Potter

*Pro Bono* Attorneys for Plaintiffs
CATHY BURGESS; ELUM BURGESS; and SHELA BURGESS, by and through her guardian ad litem, CATHY BURGESS

Dated: January 12, 2006

ANN MILLER RAVEL
County Counsel

By: _____
MELISSA KINIYALOCTS
Deputy County Counsel

Attorney for Defendants
ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, DONNA PAYNE, NAVDEEP BARN and OPHELIA BASGAL

**IT IS SO ORDERED.**

Dated: 1/17/2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE