IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY BURGESS, ELUM BURGESS, and SHELA BURGESS, by and through her guardian ad litem, CATHY BURGESS,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSING AUTHORITY OF ALAMEDA COUNTY, *et al.*,<br><br>Defendants.<br>_____/ | No. C01-04098 MJJ<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

Pending before the Court is Defendants Ophelia Badgal, Navdeep Barn, and Donna Payne's (collectively, "Defendants") Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #146). Plaintiffs Cathy Burgess, Elum Burgess, and Shela Burgess (collectively, "Plaintiffs") have filed an Opposition (Doc. #152), to which Defendants filed a Reply (Doc. #155).

In their Motion, Defendants urge the Court to dismiss Cathy Burgess's claims against them because they are time-barred. However, as Plaintiffs point out in their Opposition, aside from making this conclusory argument, Defendants wholly omitted any discussion regarding the limitations periods applicable to each of Ms. Burgess's claims. In an attempt to remedy this deficiency, Defendants then set forth the limitations periods that they contend govern Ms. Burgess's claims in their Reply. Because Defendants failed to include this information in their Motion, Plaintiffs have not had an opportunity to respond. Accordingly, the Court directs Plaintiffs to file a Sur-Reply, not exceeding 10 pages, addressing the statutes of limitations arguments raised in Defendants' Reply. Plaintiffs shall file their

Sur-Reply by Thursday, February 9, 2006.

**IT IS SO ORDERED.**

Dated: February 6, 2006.

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2