1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. # 215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4

5  Attorneys for Defendants
   COUNTY OF ALAMEDA, HOUSING
6  AUTHORITY OF THE COUNTY OF
   ALAMEDA, OPHELIA BASGAL,
7  NAVDEEP BARN, and DONNA PAYNE

8

9

10                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                         (SAN FRANCISCO)

12

13  CATHY BURGESS, et al.,           )   No.   C 01-4098 MJJ
                                     )
14          Plaintiffs,              )   **PROPOSED]** ORDER GRANTING
                                     )   DEFENDANTS' REQUEST FOR AN
15  v.                               )   EXTENSION OF TIME TO FILE
                                     )   DEFENDANTS' MOTION FOR SUMMARY
16  THE HOUSING AUTHORITY OF         )   JUDGMENT
    ALAMEDA COUNTY, et al.,          )
17                                   )   Date:   No Hearing Date
            Defendants.              )   Crtrm.: 11
18  _____  )   Judge:  Judge Martin J. Jenkins

19  After considering the ex parte request,

20      IT IS HEREBY ORDERED THAT Defendants' request to extend time to file a Motion for

21  Summary Judgment is granted.

22      The last day to hear dispositive motions is extended four weeks to May 16, 2006.

23      Defendants shall file and serve a Motion for Summary Judgment or other dispositive

24  motion by no later than April 11, 2006.  The opposition to the motion for summary judgment

25  shall be filed with the court and served upon Defendants no later than 20 days after Defendants

26  serve Plaintiffs with the motion or by May 1, 2006, whichever is earlier.  If Defendants wish to

27  file a reply brief they shall do so no later than 10 days after Plaintiffs serve them with the

28  opposition or by May 11, 2006, whichever is earlier.

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order to Extend Time to File
MSJ and to Reset Hearing Date for MSJ                    1                    C 01-4098 MJJ

1      The date of the next Status Conference is extended from May 2, 2006 to May 28, 2006.

2

3   IT IS SO ORDERED:

4   Date: __03/06/2006_____        _____
                                        JUDGE MARTIN J. JENKINS
5                                       UNITED STATES DISTRICT JUDGE

28   S:\Main\Litigation\Burgess\Pleadings\Ex parte MSJ extension - Proposed Order.wpd

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Defendants' [Proposed] Order Granting
Ext. to File Motion for Summary Judgment        2                    C 03-0087 MJJ (PR)