1  HOLLAND & KNIGHT LLP
2  Charles L. Coleman, III (SBN 65496)
   Devin C. Courteau (SBN 197505)
3  Zachary R. Potter (SBN 232240)
   50 California Street, 28th Floor
4  San Francisco, California 94111
   Telephone: (415) 743-6900
5  Facsimile: (415) 743-6910

6  *Pro Bono* Attorneys for Plaintiffs
   CATHY BURGESS, ELUM
7  BURGESS and SHELA BURGESS

FILED

MAR 2 3 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY BURGESS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY, et al.,<br><br>Defendants. | Case No. C 01 4098 MJJ<br><br>**STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Date:       April 18, 2006<br>Time:       9:30 a.m.<br>Courtroom:  11<br>Judge:      Honorable Martin J. Jenkins |

WHEREAS the Court has previously extended until May 16, 2006, the deadline for motions for summary judgment to be heard; and

WHEREAS, the hearing on Defendants' motion for summary judgment currently is set for April 18, 2006; and

WHEREAS, Plaintiffs' opposition to Defendants' motion for summary judgment currently is due on April 3, 2006; and

WHEREAS, Defendants' reply in support of their motion for summary judgment currently is due on April 13, 2006; and

-1-

Stipulation To Continue Hearing and Briefing Schedule on Defendants'    Case No. C 01 4098 MJJ
Motion for Summary Judgment; [Proposed] Order

1  WHEREAS counsel for the parties recognize that the depositions of defendants Navdeep
2 Barn and the Count of Alameda must be concluded before Plaintiff's can properly respond to
3 Defendants' recently-filed motion for summary judgment; and

4  WHEREAS undersigned counsel for the parties have been conferring in good faith pursuant
5 to Local Rule 30-1 since January and February 2006 in an effort to schedule and complete these
6 depositions, which were duly noticed to occur before the discovery cutoff date in this matter; and

7  WHEREAS undersigned counsel until early this week believed that these depositions would
8 take place in early to mid-March 2006, in time for the parties to utilize the transcripts of these
9 depositions in Plaintiffs' opposition to and Defendants' reply in support of Defendants' motion for
10 summary judgment; and

11  WHEREAS, undersigned counsel now find that, due to temporary witness unavailability as
12 a result of absence due to illness, it will now not be possible to complete these depositions (and in
13 particular the deposition of Navdeep Barn) to be completed until some time after Ms. Barn's
14 anticipated return to work the week April 3, 2006; and

15  WHEREAS one of defendant County of Alameda's two witness designees will not be
16 available to testify regarding topics identified in Plaintiffs' Deposition Notice until March 27, 2006
17 and it has not yet been possible for Defendants' counsel to set a date for the other designee of the
18 County of Alameda to testify regarding the remaining topics identified in Plaintiffs' Deposition
19 Notice; and

20  WHEREAS Plaintiffs' counsel noticed the depositions of defendants Navdeep Barn and
21 County of Alameda to occur prior to the non-expert discovery cut-off and none of the parties object
22 to these depositions taking place on mutually agreeable dates after the cut-off; and

23  WHEREAS, continuing the hearing and briefing schedule for Defendants' motion for
24 summary judgment to allow for these depositions to proceed will not effect any other dates or
25 deadlines previously set by the Court and should avoid issues under Rule 56(f); and

26  WHEREAS, the parties agree that good cause exists for this extension of time;
27  **NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE**
28 **PARTIES THROUGH THEIR UNDERSIGNED COUNSEL THAT:**

-2-
Stipulation To Continue Hearing and Briefing Schedule on Defendants'     Case No. C 01 4098 MJJ
Motion for Summary Judgment; [Proposed] Order

1.    The hearing on Defendants' motion for summary judgment shall be continued four weeks, from April 18, 2006 to **May 16, 2006**, to permit the parties time to complete the depositions of defendants Navdeep Barn and County of Alameda and obtain transcripts of those depositions;

2.    The deadline for Plaintiffs to file an opposition to Defendants' motion for summary judgment shall be continued four weeks, from April 3, 2006 to ~~May 1,~~ April 25, **2006**;

3.    The deadline for Defendants to file a reply in support of their motion for summary judgment shall be continued four weeks, from April 13, 2006 to May ~~11~~ 2, **2006**.

Dated: March 22, 2006

Respectfully submitted,

| HOLLAND & KNIGHT LLP | ANN MILLER RAVEL<br>County Counsel |
|---|---|
| _____<br>Charles L. Coleman, III<br>Devin C. Courteau<br>Zachary R. Potter | *(signed)* Melissa Kiniyalocts<br>_____<br>Melissa Kiniyalocts<br>Deputy County Counsel |
| *Pro Bono* Attorneys for Plaintiffs<br>CATHY BURGESS; ELUM BURGESS;<br>and SHELA BURGESS | Attorney for Defendants<br>ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, DONNA PAYNE, NAVDEEP BARN and OPHELIA BASGAL |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**IT IS SO ORDERED.**

Dated: March ___, 2006

_____
**HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE**

-3-
Stipulation To Continue Hearing and Briefing Schedule on Defendants'     Case No. C 01 4098 MJJ
Motion for Summary Judgment; [Proposed] Order

1.  The hearing on Defendants' motion for summary judgment shall be continued four weeks, from April 18, 2006 to **May 16, 2006**, to permit the parties time to complete the depositions of defendants Navdeep Barn and County of Alameda and obtain transcripts of those depositions;

2.  The deadline for Plaintiffs to file an opposition to Defendants' motion for summary judgment shall be continued four weeks, from April 3, 2006 to ~~May 1~~ April 25(1), 2006;

3.  The deadline for Defendants to file a reply in support of their motion for summary judgment shall be continued four weeks, from April 13, 2006 to **May 2, 2006**.

Dated: March 22, 2006

Respectfully submitted,

| HOLLAND & KNIGHT LLP | ANN MILLER RAVEL |
|---|---|
| | County Counsel |
| *[signature]* | |
| Charles L. Coleman, III | Melissa Kiniyalocts |
| Devin C. Courteau | Deputy County Counsel |
| Zachary R. Potter | |
| *Pro Bono* Attorneys for Plaintiffs | Attorney for Defendants |
| CATHY BURGESS; ELUM BURGESS; and SHELA BURGESS | ALAMEDA COUNTY; THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, DONNA PAYNE, NAVDEEP BARN and OPHELIA BASGAL |

**IT IS SO ORDERED.**

Dated: March 23, 2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

(1) Pursuant to Civil Local Rule 7-3, any Opposition to a motion must be filed 21 days before the hearing date, and any Reply must be filed 14 days before the hearing date.

---

-3-

Stipulation To Continue Hearing and Briefing Schedule on Defendants'   Case No. C 01 4098 MJJ
Motion for Summary Judgment; [Proposed] Order

*(left margin: Holland & Knight LLP, 50 California Street, 28th Floor, San Francisco, CA 94111, Tel: (415) 743-6900, Fax: (415) 743-6910)*