**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                                     IN THE UNITED STATES DISTRICT COURT
9                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   BURGESS,                                              No. C01-04098 MJJ
12                    Plaintiff,
                                                           **ORDER**
13        v.
14    HOUSING AUTHORITY OF ALAMEDA
     COUNTY ET AL,
15
                    Defendant.
16   _____/
17
               The August 8, 2006 pretrial conference and August 21, 2006 trial dates are vacated.  The
18
         court  will schedule a status conference to reschedule, if necessary.
19
20   **IT IS SO ORDERED.**
21
22
23   Dated:  7/26/2006                                     _____
24                                                         MARTIN J. JENKINS
                                                           UNITED STATES DISTRICT JUDGE
25
26
27
28