ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF ALAMEDA, HOUSING
AUTHORITY OF THE COUNTY OF
ALAMEDA, OPHELIA BASGAL,
NAVDEEP BARN, and DONNA PAYNE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| CATHY BURGESS, | Case No. C 01-4098 MJJ |
| Plaintiffs, | **DISCOVERY MATTER** |
| v. | STIPULATION TO TAKE DEFENDANTS' MOTION TO COMPEL OFF CALENDAR ORDER |
| THE HOUSING AUTHORITY OF ALAMEDA COUNTY, et al. | Date: August 2, 2006 Time: 10:30 a.m. |
| Defendants. | Crtrm.: C, 15th Floor Judge: Magistrate Edward M. Chen |

WHEREAS, on June 20, 2006, Defendants Housing Authority of the County of Alameda, Ophelia Basgal, Donna Payne, and Navdeep Barn filed a Motion to Compel Responses to Special Interrogatories and Request for Sanctions. The motion is set for hearing on August 2, 2006.

WHEREAS, on July 26, 2006, the Court issued an order vacating the August 8, 2006 pretrial conference and August 21, 2006 trial date. The Court indicated in the order that it would reschedule a further conference, "if necessary."

WHEREAS, the parties have met and conferred about the need to proceed with the August 2, 2006 hearing on the motion to compel. The parties have agreed to take the motion off calendar, but request that the Court issue an order granting Defendants permission to re-notice the motion upon proper notice if the Court sets a new trial date.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation to Take Defendants'
Motion to Compel Off Calendar    1    C 01-4098 MJJ

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT,

The August 2, 2006 Motion to Compel Responses to Special Interrogatories and Request for Sanctions shall be taken off calendar. Defendants shall be permitted to re-notice the motion upon proper notice if the Court sets a new trial date.

ANN MILLER RAVEL
County Counsel

Dated: July 28, 2006   By: s/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
COUNTY OF ALAMEDA, HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, OPHELIA BASGAL, NAVDEEP BARN, and DONNA PAYNE

HOLLAND & KNIGHT LLP

Dated: July 27, 2006   By: _____
CHARLES L. COLEMAN

Attorneys for Plaintiffs
CATHY BURGESS, ELUM BURGESS and SHELA BURGESS

IT IS SO ORDERED.

Dated: 7/31/06

IT IS SO ORDERED
Judge Edward M. Chen

47815.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation to Take Defendants'
Motion to Compel Off Calendar        2        C 01-4098 MJJ