IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURGESS, ET AL, | No. C01-04098 MJJ |
| Plaintiff, | **ORDER re: STATUS STATEMENT** |
| v. | |
| HOUSING AUTHORITY OF ALAMEDA COUNTY, ET AL, | |
| Defendant. | |

    Upon reviewing the docket in this matter, the Court notes that there has been a period of inactivity. To apprise the Court of any recent development and to ensure the progress and resolution of this matter, the Court directs the parties to file a <u>joint statement</u> detailing the current status of this action. The parties shall file the statement within <u>seven (7) calendar days of the filing date of this Order.</u> If upon reviewing the parties' statement, the Court finds a status hearing necessary, it will contact the parties with the hearing date and time.

    **IT IS SO ORDERED.**

Dated: 10/26/2006

                                                     MARTIN J. JENKINS
                                                   United States District Judge