**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY BURGESS, *et al.*, | No. C01-04098 MJJ |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| HOUSING AUTHORITY OF ALAMEDA COUNTY, *et al.*, | |
| Defendants. _____/ | |

Please be advised that this matter is scheduled for a status conference on May 22, 2007 at 2:00 p.m. A joint status conference statement is due ten days prior to the conference.

In light of the Order on Motion for Summary Judgment filed on December 20, 2006, the Court denies without prejudice motions in limine referenced as Docket Nos. 209, 210 and 216 previously filed by the parties. The parties are instructed to be prepared to discuss at the status conference the refiling of appropriate motions in limine that take into account the Court's summary judgment ruling.

IT IS SO ORDERED.

Dated: March 27, 2007

_____
MARTIN J. JENKINS
United States District Judge