IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURGESS, <br><br>        Plaintiff, <br><br>    v. <br><br> HOUSING AUTHORITY OF ALAMEDA COUNTY ET AL, <br><br>        Defendant. | No. C01-04098 MJJ <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE** |

Before the Court is Defendants' Motion For Leave To File Motion For Reconsideration. (Document No. 235.)  Defendants contend that this Court failed to rule on the statute of limitations argument presented in Defendants' motion for summary judgment with regards to Plaintiff's Section 1983 claim, the sole remaining claim in this action.

Good cause appearing therefor, the Court **GRANTS** the Motion For Leave.  Defendant is granted leave to file the motion for reconsideration attached to her motion for leave (Docket No. 235-2), and the Court hereby deems the motion for reconsideration to be filed with this Court. Plaintiff is granted leave to filed an opposition to the Motion For Reconsideration no later than Wednesday, October 17, no longer than five (5) pages in length.  Plaintiff's original opposition to the motion for summary judgment remains available to the Court, and Plaintiff need not repeat the arguments contained therein.  After Plaintiff's opposition to the Motion for Reconsideration, if any, is received, the matter will be deemed submitted without further briefing or oral argument unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: October 11, 2007

                                    MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE